515 A.2d 507

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Michael PISCANIO.**

Supreme Court of Pennsylvania.

Sept. 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 107 E.D. Appeal Docket 1985.